IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01288-WYD-KLM

CENTER FOR BIOLOGICAL DIVERSITY,

      Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE; and
KEN SALAZAR, SECRETARY OF THE DEPARTMENT OF THE INTERIOR,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on the Joint Motion to Establish Briefing Schedule for Plaintiff's Motion for Attorney Fees and Costs (docket #24).  After carefully reviewing the file in the above-captioned case, I find that the motion should be granted. Accordingly, it is

      ORDERED that the Joint Motion to Establish Briefing Schedule for Plaintiff's Motion for Attorney Fees and Costs (docket #24) is **GRANTED.**  It is

      FURTHER ORDERED that the parties shall brief Plaintiff's Motion for Attorney Fees and Costs as follows:

- Plaintiff shall file its Motion for Attorney Fees and Costs and supporting papers on or before September 11, 2009;
- Defendants shall file their opposing brief on or before October 2, 2009; and,
- Plaintiff shall file its reply brief on or before October 16, 2009.

      Dated:  September 9, 2009.