IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01288-WYD-KLM

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE; and
KEN SALAZAR, SECRETARY OF THE DEPARTMENT OF THE INTERIOR,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Attorney Fees (docket #27), filed September 11, 2009, is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards and the local rules of this Court.  The motion exceeds the page limitations and is not double-spaced.  The exhibits need not be resubmitted.

    Dated:  September 11, 2009.