IN THE UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF COLORADO
                              CHIEF JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: March 30, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **09-cv-01288-WYD-KLM**     Counsel:

**CENTER FOR BIOLOGICAL DIVERSITY**,          Neil Levine

      Plaintiff,

v.

**U.S. FISH AND WILDLIFE SERVICE, et al.**,     Timothy B. Jafek

      Defendants.

## COURTROOM MINUTES

**MOTIONS HEARING**

**9:42 a.m.**    Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

             Plaintiff's Motion for Attorney Fees and Costs [doc. #29], filed September 14, 2009, is raised for argument.

9:44 a.m.    Argument by Plaintiff (Mr. Levine).

9:48 a.m.    Argument by Defendant (Mr. Jafek).

9:52 a.m.    Argument by Plaintiff (Mr. Levine).

9:55 a.m.    Argument by Defendant (Mr. Jafek).

9:59 a.m.        Argument by Plaintiff (Mr. Levine).

                 Court makes findings.

**ORDERED:**    Plaintiff's Motion for Attorney Fees and Costs [doc. #29], filed September 14, 2009, is **GRANTED.**

**ORDERED:**    Plaintiff shall be awarded attorney fees in the total amount of $25,020.00, plus costs.

**10:13 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :31**